■ In the Matter of the Arbitration between LEO F. HANAN and GERALD J. McKERNAN.— Motion for a stay granted on the terms and conditions contained in the order to show cause herein. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ MONA DRUSINE v. LEON DRUSINE.— Motion to dispense with printing granted to the extent of permitting appellant to dispense with the printing in the record on appeal of the exhibits upon condition that the exhibits, in the form utilized on the trial and hearing herein, are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument and on the further condition that the appellant furnishes to the attorney for plaintiff-respondent one copy of each exhibit prior to the filing of the record on appeal. The order of this court entered on May 1, 1962 is modified accordingly. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ RIVOLI TRUCKING CORPORATION v. AMERICAN EXPORT LINES, INC., et al.— Motion for an order restoring appeal to calendar of this court denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ ALFRED WARD v. MARY KUTACHERA et al.— Motions to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ P. FLANIGAN & SONS, INC., v. LIZZA & SONS, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ (A) ROBERT JABLOW, as Executor, v. JULIUS L. BALLER. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ. (B) SYDEL F. THOMAS v. ALFRED J. THOMAS. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.— [In each action] Motion for a stay denied, with $10 costs.

■ MUHAMMAD'S TEMPLE OF ISLAM, INC., et al., v. NEW YORK WORLD-TELEGRAM CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 11, 1962, with notice of argument for October 23, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.